# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE BENNETT,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>DISCOVER CARD,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 10-CV-2366 JLS (BLM)<br><br>**ORDER: VACATING HEARING** |

Presently before the Court is Defendant's motion to compel arbitration and stay action. (Doc. No. 8.) The motion hearing set for Friday, March 25, 2011 is **HEREBY VACATED** and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: March 21, 2011

　　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge