Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
HYDE & SWIGART
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michele Bennett, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Discover Card, a/k/a DFS Services, LLC,<br><br>Defendant. | CASE NO.: 10-CV-2366 JLS BLM<br><br>JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF MICHELE BENNETT AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS<br><br>HON. JANIS L. SAMMARTINO |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Michelle Bennett ("Bennett") and defendant Discover Card, a/k/a DFS Services, LLC, ("Discover"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to the individual claims of Bennett, and without prejudice as to the claims of the absent members Bennett purports to

LA 51412345
LA 51416286v1

represent. Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

    IT IS SO STIPULATED.

DATED: May 20, 2011          HYDE & SWIGART

By: /s/ Joshua B. Swigart
     Joshua B. Swigart

Attorneys for Plaintiff

DATED: May 20, 2011          STROOCK & STROOCK & LAVAN LLP
                                           JULIA B. STRICKLAND
                                           LISA M. SIMONETTI
                                           SETH M. GOLDSTEIN

By:    /s/ Seth M. Goldstein
       Seth M. Goldstein

Attorneys for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Seth M. Goldstein, counsel for Defendant and that I have obtained Mr. Goldstein's authorization to affix his electronic signature to this document.

DATED: May 20, 2011          HYDE & SWIGART

By: /s/ Joshua B. Swigart
     Joshua B. Swigart

Attorneys for Plaintiff

LA 51412345
LA 51416286v1